**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATAPLEX, INC., | Case No. C-06-06491 JCS |
|     Plaintiff(s), | |
|     v. | **ORDER DIRECTING PLAINTIFF TO PREPARE STATUS REPORT** |
| ALLIANCE SEMICONDUCTOR, CORPORATION, ET AL., | |
|     Defendant(s). | |
| _____/ | |
| GREG PRIOETTE, | Case No. C-06-6501 WHA |
|     Plaintiff(s), | |
|     v. | |
| CYPRESS SEMICONDUCTOR CORPORATION, ET AL., | |
|     Defendant(s). | |
| _____/ | |
| ALEXANDER MA, | Case No. C-06-6511 EDL |
|     Plaintiff(s), | |
|     v. | |
| ALLIANCE SEMICONDUCTOR CORPORATION, ET AL., | |
|     Defendant(s). | |
| _____/ | |
| RECLAIM CENTER, INC., ET AL., | Case No. C-06-6533 SI |
|     Plaintiff(s), | |
|     v. | |
| SAMSUNG ELECTRONICS CO., LTD., ET AL., | |
|     Defendant(s). | |
| _____/ | |

|     |     |     |
| --- | --- | --- |
| 1   | YONI RIBO, | Case No. C-06-6535 WHA |
| 2   |     Plaintiff(s), | |
| 3   |   v. | |
| 4   | CYPRESS SEMICONDUCTOR CORPORATION, ET AL., | |
| 5   | | |
| 6   |     Defendant(s). ____/ | |
| 7   | ARTHUR MADSEN, ET AL., | Case No. C-06-6541 SI |
| 8   |     Plaintiff(s), | |
| 9   |   v. | |
| 10  | SAMSUNG ELECTRONICS CO., LTD., ET AL., | |
| 11  | | |
| 12  |     Defendant(s). ____/ | |
| 13  | JAMIE MAITES, ET AL., | Case No. C-06-6542 SBA |
| 14  |     Plaintiff(s), | |
| 15  |   v. | |
| 16  | SAMSUNG ELECTRONICS CO., LTD., ET AL., | |
| 17  | | |
| 18  |     Defendant(s). ____/ | |
| 19  | CHIP-TECH, LTD, | Case No. C06-6698 JSW |
| 20  |     Plaintiff(s), | |
| 21  |   v. | |
| 22  | CYPRESS SEMICONDUCTOR CORP., ET AL., | |
| 23  | | |
| 24  |     Defendant(s). ____/ | |

The Court has received two administrative motions to consider whether the cases captioned above should be related. The Initial Case Management Conference in the low-numbered case is scheduled for January 27, 2007. The Court has also received a notice from the Judicial Panel on

1  Multidistrict Litigation indicating that a motion to transfer has been filed pursuant to 28 U.S.C.
2  §1407 (MDL No. 1819, *In re Static Random Access Memory (SRAM) Antitrust Litigation*).  The
3  plaintiff in *Dataplex, Inc. v. Alliance Semiconductor, et al.*, Case No. C-06-6491 JCS, is hereby
4  ORDERED to report to the Court, not later than December 15, 2006, regarding the status of the
5  motion to transfer pending before the Judicial Panel on Multidistrict Litigation.  After receipt of this
6  status report, the Court will review the administrative motions.
7       IT IS SO ORDERED.

9  Dated:  November 8, 2006
10                                                                                  _____
                                                                                    JOSEPH C. SPERO
                                                                                    United States Magistrate Judge

13  cc: Chief Judge Vaughn R. Walker