IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STATIC RANDOM ACCESS (SRAM) ANTITRUST LITIGATION, | No. 07-01819 CW |
| This Order Applies to All Individual Cases | ORDER ADMINISTRATIVELY CLOSING INDIVIDUAL CASES |

The individual cases listed on Exhibit A, having been consolidated for all further proceedings in C-07-1819 CW, In Re: Static Random Access (SRAM) Antitrust Litigation,

IT IS HEREBY ORDERED that:

There appears to be no further reason at this time to maintain those files as open ones for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this Order shall be considered a dismissal or disposition of those actions, and, should further proceedings in those cases become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 2/8/10

CLAUDIA WILKEN
United States District Judge

**EXHIBIT A**

| | |
|---|---|
| 4-06-6501 | Proiette v. Cypress Semiconductor, et al. |
| 4-06-6511 | Ma v. Alliance Semiconductor, et al. |
| 4-06-6533 | Reclaim Center Inc. et al. v. Samsung Electronics, et al. |
| 4-06-6541 | Madsen, et al. v. Samsung Electronics, et al., |
| 4-06-6542 | Maites, et al. v. Samsung Electronics, et al., |
| 4-06-6652 | Westell Technologies v. Alliance Semiconductor, et al. |
| 4-06-6663 | Takeda v. Alliance Semiconductor, et al. |
| 4-06-6668 | Juskiewicz v. Samsung Electronics, et al. |
| 4-06-6770 | Ayers, et al. v. Samsung Electronics, et al. |
| 4-06-7006 | Thompson, et al. v. Alliance Semiconductor, et al. |
| 4-06-7007 | Stargate Films, Inc. v. Alliance Semiconductor, et al. |
| 4-06-7194 | Katz v. Samsung Electronics, et al. |
| 4-06-7428 | Markey v. Alliance Semiconductor, et al. |
| 4-06-7731 | Reedy v. Cypress Semiconductor, et al. |
| 4-06-7950 | Greenwell, et al. v. Alliance Semiconductor, et al. |
| 4-07-0228 | Ralik v. Cypress Semiconductor, et al. |
| 4-07-0509 | Baranic v. Samsung Electronics, et al. |
| 4-07-0916 | Barnes v. Alliance Semiconductor, et al. |
| 4-07-0918 | Perez v. Alliance Semiconductor, et al. |
| 4-07-0949 | Koch v. Samsung Electronics, et al. |
| 4-07-0950 | Hochstein v. Samsung Electronics, et al. |
| 4-07-0969 | Kreitzer, et al. v. Cypress Semiconductor, et al. |
| 4-07-0993 | Salzman, et al. v. Cypress Semiconductor, et al. |
| 4-07-1018 | Price v. Cypress Semiconductor, et al. |
| 4-07-1037 | Berezin v. Alliance Semiconductor, et al. |
| 4-07-1152 | Rempe v. Samsung Electronics Co., et al. |
| 4-07-1615 | Hall v. Alliance Semiconductor, et al. |
| 4-07-1616 | Morgan v. Alliance Semiconductor, et al. |
| 4-07-1617 | Miles v. Samsung Electronics, et al. |
| 4-07-1618 | Harmon v. Alliance Semiconductor, et al. |
| 4-07-1619 | Sterenberg v. Alliance Semiconductor, et al. |
| 4-07-1620 | Vinson, et al. v. Cypress Semiconductor, et al. |
| 4-07-1621 | Bisel v. Cypress Semiconductor, et al. |
| 4-07-1622 | Munoz v. Samsung Semiconductor, et al. |
| 4-07-1625 | Barnes v. Samsung Electronics, et al. |
| 4-07-1627 | Davis, et al. v. Alliance Semiconductor, et al. |
| 4-07-1628 | Ferguson v. Samsung Electronics, et al. |
| 4-07-1629 | Van Dyk v. Cypress Semiconductor, et al. |
| 4-07-1630 | Luekel v. Alliance Semiconductor, et al. |
| 4-07-1631 | Clarke v. Cypress Semiconductor, et al. |
| 4-07-1632 | Kramer v. Alliance Semiconductor, et al. |
| 4-07-1633 | Martin v. Cypress Semiconductor, et al. |
| 4-07-1634 | Bagwell v. Alliance Semiconductor, et al. |
| 4-07-1635 | Fairmont Orthopedics v. Samsung Electronics, et al. |
| 4-07-1636 | Livingston v. Cypress Semiconductor, et al.     I |
| 4-07-1637 | Kornegay v. Samsung Electronics, et al. |
| 4-07-1638 | Hickman v. Cypress Semiconductor, et al. |
| 4-07-1639 | Olson v. Alliance Semiconductor, et al. |
| 4-07-1640 | Cater v. Samsung Electronics, et al. |
| 4-07-1641 | Steinberg v. Alliance Semiconductor, et al. |
| 4-07-1642 | Hawk v. Cypress Semiconductor, et al. |

```
 1  4-07-1643   Romero v. Alliance Semiconductor, et al.
    4-07-1644   Cuevas v. Cypress Semiconductor, et al.
 2  4-07-1645   Gertzen v. Cypress Semiconductor, et al.
    4-07-1646   McDonald v. Alliance Semiconductor, et al.
 3  4-07-1647   Crawford v. Cypress Semiconductor, et al.
    4-07-1648   Benson, et al. v. Alliance Semiconductor, et al.
 4  4-07-1649   Birdsong v. Samsung Electronics, et al.
    4-07-1650   Watson v. Cypress Semiconductor, et al.
 5  4-07-1651   Stawski v. Samsung Electronics, et al.
    4-07-1652   Belke v. Cypress Semiconductor, et al.
 6  4-07-1653   Paguirigan v. Cypress Semiconductor, et al.
    4-07-1654   Lauttamus v. Cypress Semiconductor, et al.
 7  4-07-1655   Jacobs v. Alliance Semiconductor, et al.
    4-07-1656   Lambert, et al. v. Samsung Electronics, et al.
 8  4-07-1999   Sparks v. Cypress Semiconductor
    4-07-2000   Loomis v. Cypress Semiconductor
 9  4-07-2134   Allen v. Cypress Semiconductor
    4-07-2135   Karadsheh v. Cypress Semiconductor
10  4-07-2137   Carrillo v. Cypress Semiconductor
    4-07-2287   Fitzsimmons v. Samsung Electronics Co., et al.
11  4-07-3369   Oyadomori, et al v. Cypress Semiconductor, et al.
    4-08-0967   McEntee v. Alliance Semiconductor, et al
```

3