IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STATIC RANDOM ACCESS (SRAM) ANTITRUST LITIGATION,<br><br>_____<br><br>This Order Applies to All Individual Cases<br><br>_____/ | No. 07-01819 CW<br><br>ORDER ADMINISTRATIVELY CLOSING INDIVIDUAL CASES |

The individual cases listed on Exhibit A, having been consolidated for all further proceedings in C-07-1819 CW, <u>In Re: Static Random Access (SRAM) Antitrust Litigation</u>,

IT IS HEREBY ORDERED that:

There appears to be no further reason at this time to maintain those files as open ones for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this Order shall be considered a dismissal or disposition of those actions, and, should further proceedings in those cases become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 2/8/10

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

**EXHIBIT A**

| | |
|---|---|
| 4-06-6501 | Proiette v. Cypress Semiconductor, et al. |
| 4-06-6511 | Ma v. Alliance Semiconductor, et al. |
| 4-06-6533 | Reclaim Center Inc. et al. v. Samsung Electronics, et al. |
| 4-06-6541 | Madsen, et al. v. Samsung Electronics, et al., |
| 4-06-6542 | Maites, et al. v. Samsung Electronics, et al., |
| 4-06-6652 | Westell Technologies v. Alliance Semiconductor, et al. |
| 4-06-6663 | Takeda v. Alliance Semiconductor, et al. |
| 4-06-6668 | Juskiewicz v. Samsung Electronics, et al. |
| 4-06-6770 | Ayers, et al. v. Samsung Electronics, et al. |
| 4-06-7006 | Thompson, et al. v. Alliance Semiconductor, et al. |
| 4-06-7007 | Stargate Films, Inc. v. Alliance Semiconductor, et al. |
| 4-06-7194 | Katz v. Samsung Electronics, et al. |
| 4-06-7428 | Markey v. Alliance Semiconductor, et al. |
| 4-06-7731 | Reedy v. Cypress Semiconductor, et al. |
| 4-06-7950 | Greenwell, et al. v. Alliance Semiconductor, et al. |
| 4-07-0228 | Ralik v. Cypress Semiconductor, et al. |
| 4-07-0509 | Baranic v. Samsung Electronics, et al. |
| 4-07-0916 | Barnes v. Alliance Semiconductor, et al. |
| 4-07-0918 | Perez v. Alliance Semiconductor, et al. |
| 4-07-0949 | Koch v. Samsung Electronics, et al. |
| 4-07-0950 | Hochstein v. Samsung Electronics, et al. |
| 4-07-0969 | Kreitzer, et al. v. Cypress Semiconductor, et al. |
| 4-07-0993 | Salzman, et al. v. Cypress Semiconductor, et al. |
| 4-07-1018 | Price v. Cypress Semiconductor, et al. |
| 4-07-1037 | Berezin v. Alliance Semiconductor, et al. |
| 4-07-1152 | Rempe v. Samsung Electronics Co., et al. |
| 4-07-1615 | Hall v. Alliance Semiconductor, et al. |
| 4-07-1616 | Morgan v. Alliance Semiconductor, et al. |
| 4-07-1617 | Miles v. Samsung Electronics, et al. |
| 4-07-1618 | Harmon v. Alliance Semiconductor, et al. |
| 4-07-1619 | Sterenberg v. Alliance Semiconductor, et al. |
| 4-07-1620 | Vinson, et al. v. Cypress Semiconductor, et al. |
| 4-07-1621 | Bisel v. Cypress Semiconductor, et al. |
| 4-07-1622 | Munoz v. Samsung Semiconductor, et al. |
| 4-07-1625 | Barnes v. Samsung Electronics, et al. |
| 4-07-1627 | Davis, et al. v. Alliance Semiconductor, et al. |
| 4-07-1628 | Ferguson v. Samsung Electronics, et al. |
| 4-07-1629 | Van Dyk v. Cypress Semiconductor, et al. |
| 4-07-1630 | Luekel v. Alliance Semiconductor, et al. |
| 4-07-1631 | Clarke v. Cypress Semiconductor, et al. |
| 4-07-1632 | Kramer v. Alliance Semiconductor, et al. |
| 4-07-1633 | Martin v. Cypress Semiconductor, et al. |
| 4-07-1634 | Bagwell v. Alliance Semiconductor, et al. |
| 4-07-1635 | Fairmont Orthopedics v. Samsung Electronics, et al. |
| 4-07-1636 | Livingston v. Cypress Semiconductor, et al.         I |
| 4-07-1637 | Kornegay v. Samsung Electronics, et al. |
| 4-07-1638 | Hickman v. Cypress Semiconductor, et al. |
| 4-07-1639 | Olson v. Alliance Semiconductor, et al. |
| 4-07-1640 | Cater v. Samsung Electronics, et al. |
| 4-07-1641 | Steinberg v. Alliance Semiconductor, et al. |
| 4-07-1642 | Hawk v. Cypress Semiconductor, et al. |

United States District Court
For the Northern District of California

```
4-07-1643    Romero v. Alliance Semiconductor, et al.
4-07-1644    Cuevas v. Cypress Semiconductor, et al.
4-07-1645    Gertzen v. Cypress Semiconductor, et al.
4-07-1646    McDonald v. Alliance Semiconductor, et al.
4-07-1647    Crawford v. Cypress Semiconductor, et al.
4-07-1648    Benson, et al. v. Alliance Semiconductor, et al.
4-07-1649    Birdsong v. Samsung Electronics, et al.
4-07-1650    Watson v. Cypress Semiconductor, et al.
4-07-1651    Stawski v. Samsung Electronics, et al.
4-07-1652    Belke v. Cypress Semiconductor, et al.
4-07-1653    Paguirigan v. Cypress Semiconductor, et al.
4-07-1654    Lauttamus v. Cypress Semiconductor, et al.
4-07-1655    Jacobs v. Alliance Semiconductor, et al.
4-07-1656    Lambert, et al. v. Samsung Electronics, et al.
4-07-1999    Sparks v. Cypress Semiconductor
4-07-2000    Loomis v. Cypress Semiconductor
4-07-2134    Allen v. Cypress Semiconductor
4-07-2135    Karadsheh v. Cypress Semiconductor
4-07-2137    Carrillo v. Cypress Semiconductor
4-07-2287    Fitzsimmons v. Samsung Electronics Co., et al.
4-07-3369    Oyadomori, et al v. Cypress Semiconductor, et al.
4-08-0967    McEntee v. Alliance Semiconductor, et al
```